Local AO 450 (rev. 1/23)

# United States District Court
*District of North Dakota*

Emily Becker, Calli Forsberg, Morgan Stenseth, and Maya Tellman,

Plaintiffs,

vs.

The North Dakota University System,

Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  3:22-cv-00100-PDW-ARS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on January 9, 2023, (Doc. No. 24), NDUS's motion to dismiss for lack of jurisdiction (Doc. No. 21) is GRANTED, and the Plaintiffs' complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. As a result, the Court FINDS AS MOOT NDUS's motion to dismiss for failure to state a claim (Doc. No. 21).

Date: January 9, 2023

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Shantel Jagol, Deputy Clerk*