IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| Calli Forsberg, et al., | ) | |
| Plaintiffs, | ) ) | **ORDER ADOPTING STIPULATION OF DISMISSAL** |
| vs. | ) ) | Case No. 3:22-cv-100 |
| North Dakota University System, | ) ) | |
| Defendant. | ) ) | |

The parties filed a joint stipulation of dismissal. Doc. 40. The Court **ADOPTS** the stipulation (Doc. 40) in its entirety and **ORDERS** the entire action dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 23rd day of December, 2024.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court